

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jemal Adam

**Civil Action No.**  25-cv-03854-JLS-BJW

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and DENIES AS MOOT Petitioner's Motion for Temporary Restraining Order (ECF No. 2). The Court ORDERS Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting Order of Supervision. The Court ORDERS that Respondents cannot re-detain Petitioner without following the procedures set out in 8 C.F.R. § 241.13(i) and other implementing regulations.

**Date:**          1/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03854-JLS-BJW

Respondents:

Kristi Noem
Secretary of the Department of Homeland Security

Pamela Jo Bondi
Attorney General

Todd M. Lyons
Acting Director, Immigration and Customs Enforcement

Jesus Rocha
Acting Field Office Director, San Diego Field Office

Christopher LaRose
Warden at Otay Mesa Detention Center